**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 22-2298**

---

DORA L. ADKINS,

        Plaintiff - Appellant,

    v.

ASHFORD TRS ALEXANDRIA, LLC,

        Defendant - Appellee.

---

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  Patricia Tolliver Giles, District Judge.  (1:22-cv-00790-PTG-WEF)

---

Submitted:  March 21, 2023              Decided:  March 23, 2023

---

Before WYNN and RICHARDSON, Circuit Judges, and KEENAN, Senior Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Dora L. Adkins, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Dora L. Adkins appeals the district court's order adopting the recommendation of the magistrate judge, denying her requests for leave to file an emergency complaint and for leave to proceed on that complaint in forma pauperis, and dismissing her case. We have reviewed the record and find no reversible error. Accordingly, we grant Adkins' motions for leave to amend her informal opening brief and affirm for the reasons stated by the district court. *Adkins v. Ashford TRS Alexandria, LLC*, No. 1:22-cv-00790-PTG-WEF (E.D. Va. Dec. 16, 2022). We deny Adkins' motions to reverse and remand, for leave to reverse and remand, for leave to vacate and remand, to replace, for leave to replace, to amend, for leave to amend, and for leave to amend and moot all other motions. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*